**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR10-8216 PCT-DGC |
| Plaintiff, | |
| v. | **ORDER** |
| Kennith Defoor (3), | |
| Defendant. | |

Trial in this case is firmly scheduled to start on December 10, 2013. The Court was advised this evening that Defendant Defoor has health issues that may interfere with the start of trial.

**IT IS HEREBY ORDERED** that James R. Sexton, FNP BC, of the Department of Veterans Affairs, shall place a telephone call to the Court for a hearing at **1:00 p.m. on December 9, 2013**, to discuss with the Court, on the record, Defendant Defoor's medical condition. Mr. Sexton should place the call to 602-322-7645 no later than 12:50 p.m. in order to be placed into the Court's audio system by 1:00 p.m.

**IT IS FUTHER ORDERED** that Defendant Kennith Defoor shall be present in the courtroom or on the phone (by calling the same number no later than 12:50 p.m.) for the same hearing at 1:00 p.m. on December 9, 2013.

Dated this 6th day of December, 2013.

_____
David G. Campbell
United States District Judge